IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN ALEXANDER | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-5387 |
| | : | |
| RAYMOURS FURNITURE COMPANY, INC. *doing business as* *RAYMOUR & FLANIGAN* | : : : : | |

## ORDER

AND NOW, this 13th day of August, 2014, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant's Motion to Dismiss Plaintiff's Complaint and Compel Arbitration (Document 2) is GRANTED insofar as Defendant seeks to compel arbitration of Plaintiff's claim pursuant to the Family and Medical Leave Act. The parties shall proceed to arbitration in accordance with Defendant's Employment Arbitration Program and shall notify the Court upon completion of the arbitration proceedings.

It is further ORDERED this action shall be STAYED pending arbitration.

The Clerk of Court shall place this case in SUSPENSE pending completion of the arbitration proceedings.

BY THE COURT:


   /s/ Juan R. Sánchez        
Juan R. Sánchez, J.